**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2027**

DAVID ALLEN WARD,

        Plaintiff - Appellant,

    v.

ROGER PAUL WILLIAMS, JR.; STEELEHOUSE LLC; JESSE HOFFMAN; EXECUHOME REALTY,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah K. Chasanow, Senior District Judge. (1:18-cv-02708-DKC)

Submitted: January 21, 2020                Decided: January 23, 2020

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David Allen Ward, Appellant Pro Se. Michael Joseph Lentz, FRANKLIN & PROKOPIK, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Allen Ward seeks to appeal the district court's order denying his motion for entry of default, quashing service, denying Appellees' motion to dismiss, and providing Ward 60 days to effect service of process. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2018); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Ward seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process

*DISMISSED*